IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JASON BLACKBURN,

    Plaintiff,

vs.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendant.

Case No. 20-CV-95-NDF

FILED

8:24 am, 6/15/22

**Margaret Botkins
Clerk of Court**

## ORDER OF DISMISSAL

The above-entitled matter is currently before the Court on the Joint Motion to Dismiss with Prejudice. In this matter, the parties have resolved their disputes. Therefore, upon settlement by the parties on all claims, this Court **HEREBY ORDERS THAT** all claims in this action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court **FURTHER ORDERS** that each party is to bear its own costs and attorneys' fees.

Dated this 15th day of June, 2022.

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE